## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | Case No.: 23-12806 |
| **Lukasz Jaroslaw Wejman** : | **Chapter 7** |
| : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| **The Huntington National Bank** : | **Date and Time of Hearing** |
| **Movant,** : | **December 13, 2023 at 12:30 p.m.** |
| : | |
| vs : | |
| : | **U.S. Bankruptcy Court** |
| **Lukasz Jaroslaw Wejman** : | **900 Market Street, Suite 400, Courtroom** |
| **Christine C. Shubert** : | **#4** |
| **Respondents.** : | **Philadelphia, PA, 19107** |
| : | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

The Huntington National Bank has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before December 1, 2023, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    U.S. Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA, 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B. Mail a copy to the Creditor's attorney and the below listed:

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

23-027950_EJS1

Christine C. Shubert
821 Wesley Avenue
Ocean City, NJ  08226
christine.shubert@comcast.net

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on December 13, 2023 at 12:30 p.m. in U.S. Bankruptcy Court, 900 Market Street, Suite 400, Courtroom #4, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: __11/16/2023_____

23-027950_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| **Lukasz Jaroslaw Wejman** | Case No.: 23-12806 |
| | Chapter 7 |
| | Judge Ashely M. Chan |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * |
| | |
| **The Huntington National Bank** | Date and Time of Hearing |
| Movant, | December 13, 2023 at 12:30 p.m. |
| vs | |
| | U.S. Bankruptcy Court |
| **Lukasz Jaroslaw Wejman** | 900 Market Street, Suite 400, Courtroom #4 |
| **Christine C. Shubert** | |
| Respondents. | Philadelphia, PA, 19107 |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Motion for Relief from Automatic Stay was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

CHRISTINE C. SHUBERT, Chapter 7 Trustee, christine.shubert@comcast.net

MICHAEL A. CIBIK, Attorney for Lukasz Jaroslaw Wejman, mail@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Lukasz Jaroslaw Wejman, 3121 Tilton Street, Philadelphia, PA  19134-5816

/s/Alyk L. Oflazian

23-027950_EJS1