# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.:** 23-12806 |
| **Lukasz Jaroslaw Wejman** | : | **Chapter 7** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **The Huntington National Bank** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **December 13, 2023 at 12:30 p.m.** |
| | : | |
| **Lukasz Jaroslaw Wejman** | : | **U.S. Bankruptcy Court** |
| **Christine C. Shubert** | : | **900 Market Street, Suite 400, Courtroom #4** |
| **Respondents.** | : | **Philadelphia, PA, 19107** |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT THE HUNTINGTON NATIONAL BANK TO REPOSSESS THE 2016 VOLVO XC90 WITH THE VEHICLE IDENTIFICATION NUMBER YV4A22PK8G1077511 (DOCUMENT NO. 19)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on November 16, 2023 at Document No. 19 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 1, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

23-027950_EJS1

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

23-027950_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | Case No.: 23-12806 |
| **Lukasz Jaroslaw Wejman** : | Chapter 7 |
| : | Judge Ashely M. Chan |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| **The Huntington National Bank** : | Date and Time of Hearing |
| **Movant,** : | Place of Hearing |
| **vs** : | December 13, 2023 at 12:30 p.m. |
| : | |
| **Lukasz Jaroslaw Wejman** : | U.S. Bankruptcy Court |
| **Christine C. Shubert** : | 900 Market Street, Suite 400, Courtroom #4 |
| **Respondents.** : | Philadelphia, PA, 19107 |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay to Permit The Huntington National Bank To Repossess the 2016 Volvo XC90 with the Vehicle Identification Number YV4A22PK8G1077511 (Document No. 19) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

CHRISTINE C. SHUBERT, Chapter 7 Trustee, christine.shubert@comcast.net

MICHAEL A. CIBIK, Attorney for Lukasz Jaroslaw Wejman, mail@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Lukasz Jaroslaw Wejman, 3121 Tilton Street, Philadelphia, PA  19134-5816

/s/Alyk L. Oflazian

23-027950_EJS1