United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lukasz Jaroslaw Wejman  
    Debtor

Case No. 23-12806-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 02, 2024      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lukasz Jaroslaw Wejman, 3121 Tilton Street, Philadelphia, PA 19134-5816 |
| 14817701 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14817703 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14817704 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14831206 | + | The Huntington National Bank, c/o ALYK L OFLAZIAN, Manley Deas & Kochalski LLC, 1555 Lakeshore Drive, Columbus, OH 43204-3825 |
| 14817710 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 03 2024 03:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 03 2024 03:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14817686 | + | Email/Text: backoffice@affirm.com | Jan 03 2024 03:49:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14817687 | | Email/PDF: bncnotices@becket-lee.com | Jan 03 2024 03:54:00 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14817688 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 03 2024 03:49:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14817693 | | Email/Text: megan.harper@phila.gov | Jan 03 2024 03:49:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14817689 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2024 03:54:02 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14817691 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2024 03:54:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14817692 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2024 03:54:04 | Citibank, Attn: Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 14817694 | | Email/Text: bankruptcy@philapark.org | Jan 03 2024 03:49:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14817695 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 03 2024 03:54:02 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14817696 | + | Email/Text: mrdiscen@discover.com | Jan 03 2024 03:49:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |

Case 23-12806-amc    Doc 32    Filed 01/04/24    Entered 01/05/24 00:40:24    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 02, 2024 | Form ID: pdf900 | Total Noticed: 34 |

| Recipient | Delivery | Date/Time | Address |
|---|---|---|---|
| 14817697 | + Email/Text: bankruptcy@huntington.com | Jan 03 2024 03:49:00 | Huntington National Bank, Attn: Bankruptcy, PO Box 340996, Columbus, OH 43234-0996 |
| 14817698 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 03 2024 03:49:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14817690 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 03 2024 03:54:04 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14817699 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jan 03 2024 03:49:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrified, VA 22119-3000 |
| 14817700 | Email/PDF: cbp@omf.com | Jan 03 2024 03:54:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14817702 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 03 2024 03:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14817705 | + Email/Text: bankruptcy@philapark.org | Jan 03 2024 03:49:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14817706 | + Email/Text: bankruptcy1@pffcu.org | Jan 03 2024 03:49:00 | Police & Fire FCU, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14817707 | + Email/Text: bankruptcy1@pffcu.org | Jan 03 2024 03:49:00 | Police &fire, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14817708 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 03:54:02 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14817709 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 03:54:02 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14831136 | Email/Text: amps@manleydeas.com | Jan 03 2024 03:49:00 | The Huntington National Bank, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14817711 | ^ MEBN | Jan 03 2024 03:47:38 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14817712 | Email/Text: bankruptcynotices@sba.gov | Jan 03 2024 03:49:00 | U.S. Small Business Admin., Office of General Counsel, 409 3rd St Sw, Washington, DC 20416-0011 |
| 14817713 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 03 2024 03:49:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 14817714 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 03 2024 03:54:02 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor The Huntington National Bank amps@manleydeas.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| MICHAEL A. CIBIK | on behalf of Debtor Lukasz Jaroslaw Wejman mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  
LUKASZ WEJMAN                           Chapter 7  
                                        Case No. 23-12806-AMC  
       Debtor(s)

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A MOTION
UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727 OR 523

AND NOW, this __2nd__ day of __January__, 20__24__, upon agreement between the Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel, MICHAEL A. CIBIK, Esquire:

IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to file a Motion to dismiss under section 707(b) and/or any creditor to file a Complaint to Deny Discharge under section 727 and/or 523, is hereby extended to February 25, 2024.

IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee or any creditor to object to exemptions is hereby extended to February 25, 2024.

/s/ MICHAEL A. CIBIK

MICHAEL A. CIBIK, Esquire Counsel for the Debtor

/s/ Christine Shubert

Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED

_____
Honorable ASHELY M. CHAN
United States Bankruptcy Judge