# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:  

    Lukasz Jaroslaw Wejman,

        Debtor.

Case No. 23-12806-amc

Chapter 7

### Debtor's Motion to Dismiss Case

Debtor Lukasz Jaroslaw Wejman wants the Court to dismiss this case pursuant to 11 U.S.C. § 707(b)(1). The Court may do so without hearing pursuant to L.B.R. 1017-2(a).

Accordingly, the Debtor moves the Court to grant relief in the form of order attached, and further in his favor if necessary and proper under the law.

Date: January 5, 2024

CIBIK LAW, P.C.  
*Counsel for Debtor*

By: /s/ Michael A. Cibik  
    Michael A. Cibik (#23110)  
    1500 Walnut Street, Suite 900  
    Philadelphia, PA 19102  
    215-735-1060  
    mail@cibiklaw.com