**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Lukasz Jaroslaw Wejman,<br><br>Debtor. | Case No. 23-12806-amc<br><br>Chapter 7 |

**Order Granting Debtor's Motion to Dismiss Case**

**AND NOW**, upon consideration of the Debtor's Motion to Dismiss Case, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. This case is **DISMISSED**.


Date: _____    _____
Ashely M. Chan
U.S. Bankruptcy Judge