**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-12806-amc |
| Lukasz Jaroslaw Wejman, | Chapter 7 |
| Debtor. | |

**Certificate of Service**

    I certify that on this date I served a true and correct copy of the Debtor's Motion to Dismiss Case on all parties on the clerk's service list through the CM/ECF system.

Date: January 5, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com