# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12806-amc |
| Lukasz Jaroslaw Wejman, | Chapter 7 |
| Debtor. | Related to ECF No. 33 |

### Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw the Debtor's Motion to Dismiss Csae, which was filed with the Court on January 5, 2023, as ECF No. 33. Thank you.

Date: January 7, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com