**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Lukasz Jaroslaw Wejman,<br><br>Debtor. | Case No. 23-12806-amc<br><br>Chapter 7 |

**Order Granting Cibik Law, P.C.'s Motion to Withdraw as
Counsel for Debtor**

**AND NOW**, upon consideration of Cibik Law, P.C.'s Motion to Withdraw as Counsel for Debtor, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. Cibik Law, P.C.'s appearance as Debtor's counsel is **WITHDRAWN**, effective immediately.

Date:

                                                                    Ashely M. Chan
                                                                    U.S. Bankruptcy Judge