**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    Lukasz Jaroslaw Wejman,

        Debtor.

Case No. 23-12806-amc

Chapter 7

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid and email to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I further certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Cibik Law, P.C.'s Motion to Withdraw as Counsel for Debtor

- Notice of Cibik Law, P.C.'s Motion to Withdraw as Counsel for Debtor, Response Deadline, and Hearing Date


Date: January 26, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**EXHIBIT**

Lukasz Jaroslaw Wejman
3121 Tilton St
Philadelphia, PA 19134-5816
lukas.philadelphia@gmail.com