**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:                                              Case No. 23-12806-amc

    Lukasz Jaroslaw Wejman,                  Chapter 7

                  Debtor.

## Amended Certificate of Service

    I certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid and email to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

    I further certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Cibik Law, P.C.'s Motion to Withdraw as Counsel for Debtor

- Notice of Cibik Law, P.C.'s Motion to Withdraw as Counsel for Debtor, Response Deadline, and Hearing Date

Date: January 26, 2024                      /s/ Michael A. Cibik
                                                         Michael A. Cibik (#23110)
                                                         Cibik Law, P.C.
                                                         1500 Walnut Street, Suite 900
                                                         Philadelphia, PA 19102
                                                          215-735-1060
                                                          mail@cibiklaw.com

## EXHIBIT

Lukasz Jaroslaw Wejman
3121 Tilton St
Philadelphia, PA 19134-5816
lukas.philadelphia@gmail.com

Lukasz Jaroslaw Wejman
3 Germay Dr Unit 4
Wilmington, DE 19804