Certificate Number: 16339-PAE-DE-038026792

Bankruptcy Case Number: 23-12806



16339-PAE-DE-038026792

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 17, 2023, at 11:53 o'clock AM EST, Lukasz Wejman completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 17, 2023

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor