Certificate Number: 16339-PAE-DE-038026792

Bankruptcy Case Number: 23-12806



16339-PAE-DE-038026792

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 17, 2023</u>, at <u>11:53</u> o'clock <u>AM EST</u>, <u>Lukasz Wejman</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 17, 2023</u>           By:    <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>