IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| Lukasz Jaroslaw Wejman, | : | |
| | : | |
| Debtor. | : | CASE NO.: 23-12806 (AMC) |

**AMENDED CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 7th day of March, 2024, the United States Trustee's Motion to Dismiss Case, Proposed Order, and Notice of Hearing, thereon was by U.S. Mail and/or served electronically addressed as follows:

Lukasz Jaroslaw Wejman
3121 Tilton Street
Philadelphia, PA 19134-5816
***(Pro-Se Debtor)***
***By E-Mail:*** *lukas.philadelphia@gmail.com*.
***(By U.S. Mail)***


Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226
***By E-Mail:*** *christine.shubert@comcast.net*
***(Chapter 7 Trustee)***


                                    BY:   *Nancy Miller*____
                                          Nancy Miller
                                          Legal Clerk