IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| Lukasz Jaroslaw Wejman, | : | |
| | : | |
| Debtor. | : | CASE NO.: 23-12806 (AMC) |

## ORDER DISMISSING CASE

AND NOW, this 11th day of April, 2024, upon consideration of the United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. §707 (b)(3), and the response of the debtor, if any, it is now, therefore,

ORDERED, that the United States Trustee's Motion is GRANTED and this case is hereby DISMISSED.

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge